■ FILOMENA COSTANTINI, Respondent, v. RICCARDO COSTANTINI, Appellant.— Appeal from an order denying a motion to vacate, discharge and cancel of record a judgment granting respondent an annulment of her marriage to appellant. The motion, which was returnable more than one year after the judgment became final, sought to vacate the judgment so that respondent may be directed to file findings of fact and conclusions of law. Order affirmed, with $10 costs and disbursements. The written decision of the trial court constituted a determination of all the essential elements required for the entry of judgment and directed the entry thereof. No formal findings of fact or conclusions of law were required under section 440 of the Civil Practice Act. (*Metropolitan Life Ins. Co.* v. *Union Tr. Co.*, 294 N. Y. 254; *Matter of Joroco Silk Corp.* v. *Nova*, 265 App. Div. 1061; *Manzo* v. *Manzo*, 1 A D 2d 678.) Furthermore the motion was not timely made (Civ. Prac. Act, § 521). Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ HERSHEY ICE CREAM CO., INC., Respondent-Appellant, v. HERSHEY CREAMERY CORPORATION OF NEW YORK et al., Appellants-Respondents.— In an action to enjoin defendants from using "Hershey's" or "Hershey's Ice Cream" in the sale of ice cream or ice cream products in the State of New York, and for other relief, a counterclaim was interposed to enjoin plaintiff

from using "Hershey" or "Hershey's" in the sale of said products in the United States. Plaintiff appeals from so much of a judgment entered after trial as dismissed the complaint, and defendants appeal from so much of said judgment as dismissed their counterclaims. Judgment unanimously affirmed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [4 Misc 2d 812.]